HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy.zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
ARMANDO VARGAS GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ARMANDO VARGAS GARCIA and<br>EDUARDO MONTERO ALEMAN,<br><br>　　　　　　　　Defendants. | Case No. 2:19-CR-0176 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:　December 5, 2019<br>Time:　9:30 a.m.<br>Judge:　Hon. Troy L. Nunley |

It is hereby stipulated and agreed between defendants, Armando Vargas Garcia and Eduardo Montero Aleman, and plaintiff, United States of America, that the status conference scheduled for December 5, 2019, may be rescheduled for January 9, 2020, at 9:30 a.m. The parties agree that time under the Speedy Trial Act should be excluded as set forth below.

Counsel for defendants continue to review discovery with their clients and to confer with the government regarding issues in the case. Counsel for Mr. Vargas is also unavailable for court on December 5. In order to afford necessary time for effective preparation and to assure continuity of defense counsel, the parties agree that the interests of justice to be served by a continuance outweigh the best interests of the public and the defendants in a speedy trial. The parties ask the Court to exclude time under the Speedy Trial Act from the date of this order

-1-

through January 9, 2020, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 26, 2019 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for ARMANDO VARGAS GARCIA

Dated: November 26, 2019 /s/ T. Zindel for K. Babineau
KELLY BABINEAU
Attorney for EDUARDO MONTERO ALEMAN

McGREGOR SCOTT
United States Attorney

Dated: November 26, 2019 /s/ T. Zindel for A. Kinsella
ADRIAN T. KINSELLA
Assistant U.S. Attorney

# O R D E R

The status conference is continued to January 9, 2020, at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Time is therefore excluded from the date of this order through January 9, 2020, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: December 2, 2019

Troy L. Nunley
United States District Judge