McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO VARGAS GARCIA and EDUARDO MONTERO ALEMAN,<br><br>Defendants. | CASE NO. 2:19-CR-0176 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 13, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on February 13, 2020.

2. By this stipulation, defendants now move to continue the status conference until March 19, 2020, at 9:30 a.m., and to exclude time between February 13, 2020, and March 19, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendants desire additional time to consult with their clients, to conduct investigation and research related to the charges, to review additional discovery for this matter, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

   b) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

        c)     The government has represented that additional discovery is forthcoming, including an environmental assessment and forensic evidence from multiple cell phones seized at the scene.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 13, 2020 to March 19, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 10, 2020                   MCGREGOR W. SCOTT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: February 10, 2020                   /s/ Timothy Zindel
TIMOTHY ZINDEL
Counsel for Defendant
ARMANDO VARGAS GARCIA
(as authorized on February 10, 2020)

Dated: February 10, 2020                   /s/ Kelly Babineau
KELLY BABINEAU
Counsel for Defendant
EDUARDO MONTERO ALEMAN
(as authorized on February 10, 2020)

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 10th day of February, 2020.

_____
Troy L. Nunley
United States District Judge