| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | ADRIAN T. KINSELLA<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMANDO VARGAS GARCIA and<br>EDUARDO MONTERO ALEMAN,<br><br>Defendants. | CASE NO. 2:19-CR-0176 TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: March 19, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on March 19, 2020.

2. By this stipulation, defendants now move to continue the status conference until May 7, 2020, at 9:30 a.m., and to exclude time between March 19, 2020, and May 7, 2020, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that it has completed forensic analysis of additional cellular phones found at the scene and that additional discovery is forthcoming.

    b) Counsel for defendants desire additional time to review this additional discovery, consult with their clients, discuss potential resolutions with their clients, and to otherwise prepare for trial.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

    c)  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d)  The government does not object to the continuance.

    e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 19, 2020 to May 7, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

//

//

//

//

//

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 16, 2020                  McGREGOR W. SCOTT
United States Attorney

/s/ ADRIAN T. KINSELLA
ADRIAN T. KINSELLA
Assistant United States Attorney

Dated: March 16, 2020                  /s/ Timothy Zindel
TIMOTHY ZINDEL
Counsel for Defendant
ARMANDO VARGAS GARCIA
(as authorized on March 16, 2020)

Dated: March 16, 2020                  /s/ Kelly Babineau
KELLY BABINEAU
Counsel for Defendant
EDUARDO MONTERO ALEMAN
(as authorized on March 16, 2020)

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of March, 2020.

_____
Troy L. Nunley
United States District Judge